|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SONGYO PARENTEAU,                     | ) | Case No. CV 05-5729-FMC(CT) |
|                                       | ) |                             |
|              Plaintiff,               | ) |                             |
|                                       | ) | ORDER RE: FURTHER PROCEEDINGS |
|              v.                       | ) |                             |
|                                       | ) |                             |
| JO ANNE B. BARNHART,                  | ) |                             |
| Commissioner of the Social            | ) |                             |
| Security Administration,              | ) |                             |
|                                       | ) |                             |
|              Defendant.               | ) |                             |
|                                       | ) |                             |

<u>PLEASE READ THIS ORDER CAREFULLY.</u>

In accordance with General Order 05-01, this case is designated for electronic filing. Counsel shall electronically file all documents, other than the certified administrative record, <u>no later than 4:00 pm</u> on or before the due date. Courtesy copies, along with the Notice of Electronic Filing attached, are required **only** for the following documents: **(1) plaintiff's brief, (2) defendant's brief, and (3) any reply brief**. Courtesy copies, which shall have the designation "Courtesy Copy" in bold at the top of the first page of the document, shall either: (1) be delivered to Magistrate Judge Turchin's Courtroom Deputy Clerk, Ms. Deborah Malone, in Room 181 L of the Roybal Federal Building on the same day the document is

electronically filed; or, (2) be mailed to Magistrate Judge Turchin's Courtroom Deputy Clerk on the same day the document is electronically filed.  <u>Courtesy copies will not be accepted in chambers</u>.

In sum, documents shall be filed and/or provided to the court as follows:

**Documents that are to be filed electronically:**

(1)  All documents except the administrative record.

**Documents where a courtesy copy shall be provided in addition to being electronically filed:**

(1)  Plaintiff's brief in support of complaint;

(2)  Defendant's brief in opposition;

(3)  Any reply briefs.

**Document that shall be manually filed:**

(1)  Administrative record.

In order to facilitate the just, speedy, and inexpensive determination of this case, the parties shall comply with the following additional instructions.

Plaintiff shall promptly serve the summons and complaint on the Commissioner in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure.  Such service shall consist of sending a copy of the summons and complaint by registered or certified mail to each of the following: (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; (b) the Commissioner of Social Security in Washington, D.C.; and (c) the Attorney General of the United States in Washington, D.C.  Plaintiff shall electronically file a proof of

service showing compliance with this paragraph within twenty-eight (28) days after the filing of the complaint.[1]  Failure to comply with this paragraph may result in dismissal of this case.

IT IS ORDERED that defendant's time to plead to the complaint is **sixty (60) days** after receipt of service of the complaint.  Defendant shall file a certified transcript of the administrative proceedings at the same time that defendant pleads to the complaint.  **The certified administrative record shall be manually filed with the Clerk and served upon the parties in the traditional manner.  A Notice of Manual Filing and Service of the Administrative Record, Form G-92, shall be electronically filed**.

The parties are encouraged to engage in meaningful settlement negotiations.

This case involves judicial review of administrative action taken by the defendant.  See 42 U.S.C. § 405(g).  Pre-trial is, therefore, ordered waived.  Moreover, formal motions for summary judgment are unnecessary.  A brief containing each party's points and authorities in support of or in opposition to the relief requested in the complaint shall be filed in lieu of summary judgment motions.  Plaintiff's brief shall be **electronically** filed no later than thirty (30) days after the answer is filed.

Within thirty (30) days of the **electronic** filing of plaintiff's

---

[1] If this Order re: Further Proceedings is electronically filed prior to service of the summons and complaint, plaintiff shall serve a copy of this order concurrently with the summons and complaint.  If this order is electronically filed after the service of the summons and complaint, plaintiff shall serve a copy of it by first-class mail on the Office of the United States Attorney within fourteen (14) days from the date the order is electronically filed, and plaintiff shall promptly electronically file a proof of service with the Court.

brief, defendant shall **electronically** file defendant's brief.

The briefs shall not exceed ten (10) pages absent prior approval of the court.

### GUIDELINES

These guidelines are adopted to enable the parties to focus more specifically on the real areas of disagreement with the Commissioner's decision and to avoid certain unnecessary case citations.

(1) Each party's brief should contain the following: (a) a summary of the proceedings before the Commissioner of the Social Security Administration; and, (b) disputed issues. With respect to each disputed issue, each issue should be set out under a separate heading following by applicable discussion and points and authorities. The brief should follow the sequential evaluation analysis.

Defendant's brief should address the issues raised by plaintiff's brief <u>in the same order the issues are raised by plaintiff</u>. Plaintiff should not reserve issues for a reply brief. Plaintiff's reply brief, if any, is due no later than seven (7) days after defendant's brief is filed.

(2) References to medical or other testimony should be made when necessary to explain contentions and should cite the page number(s) of the administrative record in support of the position advocated by a party.

The parties are strongly encouraged to concentrate their efforts on showing how the facts contained in the record support the claim. The parties should cite cases and principles only where directly relevant to the argument and in the context of the facts.

(3) A party relying on a diagnosis or description of a limitation in which specific medical terms are used is to provide the

court, as part of its brief, with a parenthetical lay definition of any such term.

The court will take the matter under submission without oral argument unless otherwise ordered.

DATED: August 17, 2005

                                              / S /
                                      CAROLYN TURCHIN
                                      UNITED STATES MAGISTRATE JUDGE